# TRIAL COURT OFFICIAL'S

# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
11/6/2015 4:15:53 PM
PAM ESTES
Clerk

FAX TO: CATHY S. LUSK, 12TH COURT OF APPEALS, TYLER, AT 903-593-1193.

Court of Appeals No. (If Known):

Trial Court Style:   State of Texas vs. Kirschen Cross

Trial Court & County:   241st Judicial District Court, Smith County, Texas

Trial Court No.:   241-1642-14

Date Court Reporter's/Recorder's Record Due:   November 6, 2015

Anticipated Number of Pages of Record:   400 - 600

I am responsible for preparing a record in this appeal, but I am unable to file the record by the original due date for the following reason(s): (check all that apply- - attach additional pages if necessary)

[ ] to the best of my knowledge, the Appellant has made no claim of indigence and has failed to

either pay the required fee or to make arrangements to pay the fee for preparing the record.

[] my duties listed below preclude working on this record:

[x] Other, (explain):

I had two different civil matters that attorneys have requested quickly, which has put me behind a little.

I request an additional 7 days, or until November the 13th, 2015.

In compliance with Tex.R.App.P.9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the Trial Court's judgment of order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

Date: 11-6-2015

/s/Christy Humphries, CSR, RPR

Christy G. Humphries, CSR

Official Court Reporter

241st Judicial District Court

903-590-1636

Texas Rule of Appellate Procedure 9.5(e) reads:

    *Certificate requirements*: A certificate of service must be signed by the person who

    made the service and must state:

    (1) the date and manner of service;

    (2) the name and address of each person served; and

    (3) if the person served is a party's attorney, the name of the party represented by that

        attorney.

The following parties have been served with a copy of this document to Lead Counsel for

| APPELLANT(S): | Counsel for APPELLEE(S) |
|---|---|
| Mr. Reeve Jackson | Mr. Mike West |
| Attorney at Law | Assistant District Attorney |
| 112 E. Line Street | Smith County District Attorney's Office |
| Suite 310 | 100 N. Broadway, Fourth Floor |
| Tyler, Texas 75702 | Tyler, Texas 75702 |
| via email | via email |